UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

JESSICA KARIM, on behalf of herself and all
Others similarly situated,

          Plaintiffs,

   -against-

REMAC, LLP,

          Defendant.
_____x

Civil Action No. 1:24-cv-4608

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff Jessica Karim, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

    Dated: August 26, 2024

By: *Gabriel Levy*
     _____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com